694

49 So.2d 926

### James MADDOX v. STATE.

6 Div. 43.

Court of Appeals of Alabama.

Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.

Affirmed.

44 So.2d 918

### Elmer MAGOUYRK v. STATE.

7 Div. 38.

Court of Appeals of Alabama.

Jan. 24, 1950.

Appeal from Circuit Court, Talladega County; Leslie C. Longshore, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

49 So.2d 926

### James Edward MAHARREY, alias Maharry v. STATE.

6 Div. 33.

Court of Appeals of Alabama.

Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.

Affirmed.

44 So.2d 918

### Coleman MALONE v. STATE.

8 Div. 831.

Court of Appeals of Alabama.

Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

44 So.2d 918

### E. G. MALONE v. STATE.

8 Div. 839.

Court of Appeals of Alabama.

Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

44 So.2d 918

### Garland MANSELL v. STATE.

8 Div. 804.

Court of Appeals of Alabama.

Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.